IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DANIELLE M. BLACK, JUDITH HOLBROOK,
ACCESS NOW, INC., a non-for-profit Florida
Corporation, JAN ENGLISH, RICHARD FRAME,
DEBORAH HEROLD, ANN HOWELL,
BETTY INGRAM, and ANNA SEKULICH,**

       **Plaintiffs,**

**vs.**                                  **No. CIV-09-1156 JCH/LAM**

**PHC-LAS CRUCES, INC., a New Mexico
corporation and LIFEPOINT HOSPITALS,
INC., a Tennessee corporation, et al.,**

       **Defendants.**

## ORDER SETTING DEADLINES REGARDING THIRD AMENDED COMPLAINT AND NOTICE BY DEFENDANTS

**THIS MATTER** is before the Court *sua sponte* and pursuant to the telephonic hearing held in this case on June 22, 2011, to clarify who the parties are in this case. *See* **Clerk's Minutes** *(Doc. 53)*. The Court hereby sets a deadline of **Friday July 8, 2011**, by which Plaintiffs may file a motion to file a third amended complaint in which Plaintiffs shall list each Defendant in the caption and describe each Defendant in the body of the complaint, including each Defendant's connection to the lawsuit and who each Defendant is "doing business as" ("d/b/a"). The presiding judge can then determine whether to allow these parties to be added to the case. The Court further orders Defendants to file with the Court *within twenty (20) days after the presiding judge grants Plaintiffs' motion to file a third amended complaint*, a notice of acceptance of service on behalf of each Defendant including a signature from a representative of each Defendant stating that they have accepted service of the third amended complaint, that they submit to the jurisdiction of this

Court, and that they are represented by defense counsel in this case.  Defendants may file this notice as one document.

    **IT IS SO ORDERED.**

                                                *Lourdes A. Martínez*
                                      **LOURDES A. MARTÍNEZ**
                                      **UNITED STATES MAGISTRATE JUDGE**