IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANIELLE M. BLACK, JUDITH HOLBROOK,
ACCESS NOW, INC., a non-for-profit Florida
Corporation, JAN ENGLISH, RICHARD FRAME,
DEBORAH HEROLD, ANN HOWELL,
BETTY INGRAM, and ANNA SEKULICH,

      Plaintiffs,

vs.                                                      No. CIV-09-1156 JCH/LAM

PHC-LAS CRUCES, INC., a New Mexico
corporation and LIFEPOINT HOSPITALS,
INC., a Tennessee corporation, et al.,

      Defendants.

# ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte* and pursuant to the Court's *Order Setting Deadlines Regarding Third Amended Complaint and Notice by Defendants (Doc. 54)*, entered on June 23, 2011. In that order, the Court ordered "Defendants to file with the Court *within twenty (20) days after the presiding judge grants Plaintiffs' motion to file a third amended complaint*, a notice of acceptance of service on behalf of each Defendant including a signature from a representative of each Defendant stating that they have accepted service of the third amended complaint, that they submit to the jurisdiction of this Court, and that they are represented by defense counsel in this case." [*Doc. 54* at 1-2]. On July 12, 2011, the presiding judge in this case entered an order granting Plaintiff's motion to file a third amended complaint [*Doc. 56*], so Defendants' notice of acceptance of service was due by Monday, August 1, 2011, but it has not been filed with the Court and Defendants have not asked for an extension of this deadline.

**IT IS THEREFORE ORDERED** that **within ten (10) days of the date of this Order**, Defendants shall either file with the Court a notice of acceptance of service in accordance with *Document 54*, or show good cause why they cannot do so.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**